# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Kimberley Clogston,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>The Blood Connection, Inc.,<br><br>　　　　　　　Defendant. | Case No.: 6:18-cv-01129-HMH<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Kimberley Clogston and Defendant, The Blood Connection, Inc. that:

Plaintiffs' Complaint is hereby dismissed against the Defendant WITH PREJUDICE, each party to bear its own costs and fees.

**UPON JOINT SUBMISSION:**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| __s / Jeremy R. Summerlin_____ | ____s / Christine Gantt-Sorenson_____ |
| Jeremy R. Summerlin, Fed. I.D. No. 11827 | Christine Gantt-Sorenson, Fed. I.D. No. 5833 |
| Horton Law Firm, P.A. | Haynsworth Sinkler Boyd, P.A. |
| 307 Pettigru Street | ONE North Main Street, 2nd Floor |
| Greenville, South Carolina 29601 | Greenville, South Carolina 29601 |
| E-mail: jsummerlin@hortonlawfirm.net | Email: csorenson@hsblawfirm.com |
| Telephone: (864) 233-4351 | Telephone: (864) 240-3282 |
| Facsimile: (864) 233-7142 | Facsimile: (864) 240-3300 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

June 15, 2018
Greenville, South Carolina